UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEGHAN MULKERIN,<br><br>*Plaintiff,*<br><br>v.<br><br>LONNIE G. BUNCH, III, in his official capacity as Secretary of the Smithsonian Institution,[1]<br><br>*Defendant*. | Civil Action No. 19-3850 (CJN) |

## NOTICE OF APPEARANCE

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Diana V. Valdivia as counsel for Defendant in the above-captioned case.

Dated: July 15, 2020

Respectfully submitted,

*/s/ Diana V. Valdivia*
Diana V. Valdivia, D.C. BAR # 1006628
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 252-2545
diana.valdivia@usdoj.gov

---

[1]   Pursuant to Fed. R. Civ. P. 25(d), Lonnie G. Bunch, III is substituted in his official capacity as Secretary of the Smithsonian Institution for former Secretary Dr. David J. Skorton.