UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEGHAN MULKERIN,<br><br>*Plaintiff,*<br><br>v.<br><br>LONNIE G. BUNCH, III, in his official capacity as Secretary of the Smithsonian Institution,[1]<br><br>*Defendant.* | Civil Action No. 19-3850 (CJN) |

## DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME

Defendant, by and through undersigned counsel, respectfully moves, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time of 60 days, until September 15, 2020, to answer or otherwise respond to Plaintiff's Complaint in this employment discrimination case. This is Defendant's first request for an extension of any deadline in this case. As described in more detail below, there is good cause for this request. In support of this Motion, Defendant states as follows:

1. Plaintiff filed her Complaint on December 30, 2019, *see* ECF. No. 1 ("Compl."), however the U.S. Attorney's Office for the District of Columbia was not served with a copy of the summons and Complaint until May 18, 2020. *See* ECF No. 9. The Complaint alleges discrimination and retaliation in violation of Title VII and the Pregnancy Discrimination Act of 1978. *See* Compl. at 6-8.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Lonnie G. Bunch, III is substituted in his official capacity as Secretary of the Smithsonian Institution for former Secretary Dr. David J. Skorton.

2. There is good cause for the requested extension. Defendant's counsel and agency counsel have been diligently working on Defendant's response to Plaintiff's Complaint and will continue to work on the draft filing as time permits over the coming weeks. In light of the many D.C.-area summer camp and daycare closures as a countermeasure to the coronavirus, however, undersigned counsel must balance ongoing work commitments in this 134 other District Court and appellate litigation matters with dependent care responsibilities. Just this week alone, undersigned counsel has an all-day mediation and five dispositive motion filing deadlines in addition to her many other non-dispositive filing deadlines. Undersigned counsel therefore requires additional time to complete a draft of Defendant's response in this matter.

3. This motion is being filed in good faith and not for purposes of gaining any unfair advantage through delay. The requested extension will not impact any other deadlines currently set for this case.

4. In accordance with Local Civil Rule 7(m), the undersigned contacted Plaintiff's counsel by e-mail to learn Plaintiff's position on this Motion. Plaintiff consents to the requested 60-day extension and represented to undersigned counsel that due to some "scheduling conflicts within the firm," he would prefer that Defendant file his response to the Complaint in September, rather than sometime earlier in August. This is consistent with Defendant's request for a 60-day extension.

WHEREFORE, Defendant respectfully requests that the Court extend the time for Defendant to file an answer or other response to Plaintiff's Complaint, up to and including September 15, 2020.

A proposed order is attached.

Dated: July 15, 2020                         Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN
D.C. Bar No. 924092
Chief, Civil Division

By:  */s/ Diana V. Valdivia*
DIANA V. VALDIVIA
Assistant United States Attorney
D.C. Bar # 1006628
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2545
diana.valdivia@usdoj.gov

*Counsel for Defendant*