UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MEGHAN MULKERIN,

*Plaintiff,*

v.                                                   Civil Action No. 19-3850 (CJN)

LONNIE G. BUNCH, III, in his official
capacity as Secretary of the Smithsonian
Institution,[1]

*Defendant.*

## PROPOSED ORDER

Upon consideration of Defendant's Consent Motion for Extension of Time this _____ day

of _____ 2020, it is hereby **ORDERED** that Defendant shall file his answer or other response to

Plaintiff's Complaint by September 15, 2020.

SO ORDERED.

_____
United States District Judge

---

[1]      Pursuant to Fed. R. Civ. P. 25(d), Lonnie G. Bunch, III is substituted in his official capacity
as Secretary of the Smithsonian Institution for former Secretary Dr. David J. Skorton.