UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEGHAN MULKERIN,<br><br>     *Plaintiff,*<br><br>  v.<br><br>LONNIE G. BUNCH, III, in his official capacity as Secretary of the Smithsonian Institution,[1]<br><br>     *Defendant*. | Civil Action No. 19-3850 (CJN) |

## DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME

Defendant, by and through undersigned counsel, respectfully moves, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time of two weeks, until October 20, 2020, to file a reply in further support of his motion to dismiss in this employment discrimination case. This is Defendant's first request for an extension of this deadline, and Defendant's second request for an extension of any deadline in this case. As described in more detail below, there is good cause for this request. In support of this Motion, Defendant states as follows:

1.  Plaintiff filed her Complaint on December 30, 2019, *see* ECF. No. 1 ("Compl."), however the U.S. Attorney's Office for the District of Columbia was not served with a copy of the summons and Complaint until May 18, 2020. *See* ECF No. 9. The Complaint alleges discrimination and retaliation in violation of Title VII and the Pregnancy Discrimination Act of 1978. *See* Compl. at 6-8.

---

[1]  Pursuant to Fed. R. Civ. P. 25(d), Lonnie G. Bunch, III is substituted in his official capacity as Secretary of the Smithsonian Institution for former Secretary Dr. David J. Skorton.

2. On September 15, 2020, Defendant timely responded to Plaintiff's Complaint with a Motion to Dismiss. *See* ECF No. 12 ("Defendant's Motion"); July 16, 2020, Minute Order (granting Defendant until September 15, 2020, to respond to Plaintiff's Complaint).

3. On September 29, 2020, Plaintiff filed a memorandum in opposition to Defendant's Motion. *See* ECF No. 13.

4. Pursuant to the Court's Local Civil Rules, Defendant's reply in further support of his Motion to Dismiss is currently due October 6, 2020. *See* Local Civ. R. 7(d).

5. There is good cause for the requested extension. Defendant's counsel and agency counsel have been diligently working on Defendant's reply and will continue to work on the draft filing as time permits over the coming weeks. In light of the many D.C.-area daycare closures and the D.C. Public Schools' transition to remote learning as a countermeasure to the coronavirus, however, undersigned counsel must balance ongoing work commitments in this and over 100 other District Court and appellate litigation matters with dependent care responsibilities. In addition, assigned agency counsel is currently in the process of moving. Undersigned counsel and agency counsel therefore require additional time to complete a draft of Defendant's reply in this matter.

6. This motion is being filed in good faith and not for purposes of gaining any unfair advantage through delay. The requested extension will not impact any other deadlines currently set for this case.

7. In accordance with Local Civil Rule 7(m), the undersigned contacted Plaintiff's counsel by e-mail to learn Plaintiff's position on this Motion. Plaintiff consents to the requested two-week extension

8. WHEREFORE, Defendant respectfully requests that the Court extend the time for Defendant to file a reply in further support of his Motion to Dismiss, up to and including October 20, 2020.

A proposed order is attached.

Dated: October 5, 2020 　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　MICHAEL R. SHERWIN
　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　　　DANIEL F. VAN HORN
　　　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 924092
　　　　　　　　　　　　　　　　　　　　　　Chief, Civil Division

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Diana V. Valdivia*
　　　　　　　　　　　　　　　　　　　　　　DIANA V. VALDIVIA
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　D.C. Bar # 1006628
　　　　　　　　　　　　　　　　　　　　　　555 Fourth Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　　　(202) 252-2545
　　　　　　　　　　　　　　　　　　　　　　diana.valdivia@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*