UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MEGHAN MULKERIN,

             *Plaintiff*,

v.

LONNIE G. BUNCH, III, in his official capacity as Secretary of the Smithsonian Institution,[1]

             *Defendant*.

Civil Action No. 19-3850 (CJN)

## **PROPOSED ORDER**

Upon consideration of Defendant's Consent Motion for Extension of Time this _____ day of _____ 2020, it is hereby **ORDERED** that Defendant shall file his reply in further support of his Motion to Dismiss by October 20, 2020.

SO ORDERED.

_____
United States District Judge

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Lonnie G. Bunch, III is substituted in his official capacity as Secretary of the Smithsonian Institution for former Secretary Dr. David J. Skorton.