UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEGHAN MULKERIN,<br><br>   *Plaintiff*,<br><br> v.<br><br>LONNIE G. BUNCH III, Secretary, Smithsonian Institution,<br><br>   *Defendant*. | Civil Action No. 1:19-cv-03850 (CJN) |

## ORDER

As set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion to Dismiss, ECF No. 12, is **GRANTED** and this case is **DISMISSED**.

The Clerk of Court is **DIRECTED** to terminate the case.

This is a final appealable Order.

DATE:  August 25, 2021

CARL J. NICHOLS
United States District Judge